IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MacLaughlin, | No. C 04-05520 SI |
| Plaintiff, | **SECOND** <br> **PRETRIAL PREPARATION ORDER** |
| v. | |
| Allstate Insurance Company, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: N/A
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF  10/31/05.

DESIGNATION OF EXPERTS: 9/1/06; REBUTTAL: 9/18/06.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is October 13, 2006

DISPOSITIVE MOTIONS **SHALL** be filed by October 13, 2006;

    Opp. Due October 27, 2006;  Reply Due November 3, 2006;

    and set for hearing no later than November 17, 2006 at 9:00 AM.

PRETRIAL CONFERENCE DATE: December 19, 2006 at 3:30 PM.

JURY TRIAL DATE: January 2, 2007 at 8:30 AM.,
    Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be five days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The Court granted counsel request to continue the trial schedule.
The parties believe that this case maybe resolved through private mediation.  The mediation shall occur as soon as possible and counsel shall inform the Court of the date set.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 7/21/06

SUSAN ILLSTON
United States District Judge