1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19                                                                                    United States District Judge
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California